USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGNATH KHARAT,

Plaintiff,

-v-

NETFLIX, INC., *et al.*,

Defendants.

**ORDER OF SERVICE**

26-CV-8397 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated November 19, 2026, ECF No. 12, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. To allow Plaintiff to effect service on Defendants Netflix, Inc., Alfonso Cuaron, and Esperanto-Filmoj through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The service addresses for these defendants are included below.

Netflix, Inc.
c/o C T Corporation System, Agent for Service of Process
330 N Brand Blvd
Glendale, CA 91203

Alfonso Cuaron
c/o Esperanto Filmoj, Inc.
c/o Jason Eric Schneider, Agent for Service of Process
15260 Ventura Blvd, Ste 1040
Sherman Oaks, CA 91403

Esperanto-Filmoj
Esperanto Filmoj, Inc.
c/o Jason Eric Schneider, Agent for Service of Process
15260 Ventura Blvd, Ste 1040
Sherman Oaks, CA 91403

The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

It is Plaintiff's responsibility to ensure that service is made within **90 days of the date the summonses are issued** and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge